834

*Dummit,* Attorney General of Kentucky, for respondent.

No. 1270. ANGLIN & STEVENSON ET AL. *v.* UNITED STATES ET AL. June 2, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Charles A. Moon* and *Joseph C. Stone* for petitioners. *Acting Solicitor General Washington, Assistant Attorney General Vanech, Roger P. Marquis* and *Fred W. Smith* for the United States, respondent.

No. 1273. REFRIGERATION PATENTS CORP. *v.* STEWART-WARNER CORP.; and

No. 1274. POTTER REFRIGERATOR CORP. *v.* STEWART-WARNER CORP. June 2, 1947. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Leonard A. Watson* and *George A. Chritton* for petitioners. *John D. Black, Albin C. Ahlberg* and *Ross O. Hinkle* for respondent. Reported below: 159 F. 2d 972.

No. 1275. BAILEY ET AL. *v.* PROCTOR ET AL. June 2, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Samuel H. Kaufman* and *George Trosk* for petitioners. *Robert H. Davison* and *Lewis L. Wadsworth, Jr.* for Minsch et al., respondents.

No. 1276. BAILEY ET AL. *v.* McLELLAN ET AL. June 2, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Samuel H. Kauf-*